# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO MIGUEL HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>MINGA WOFFORD, et al.,<br><br>Respondents. | Case No. 1:26-cv-01522-JLT-SAB-HC<br><br>ORDER RE: FILING REPLY TO RESPONDENTS' RESPONSE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 23, 2026, Petitioner filed a petition for writ of habeas corpus, a motion to appoint counsel, and a motion for temporary restraining order ("TRO"). (ECF Nos. 1–3.) On February 24, 2026, the assigned district judge denied the motion for TRO as untimely, granted the motion to appoint counsel, and directed Respondents to file a responsive pleading within twenty-one days. (ECF No. 8.) On March 14, 2026, Respondents filed a response. (ECF No. 12.)

On April 13, 2026, Petitioner filed a first amended petition ("FAP"). (ECF No. 13.) Given that the FAP was filed more than twenty-one days after Respondents' responsive pleading was filed, the Court found that "Petitioner may not amend the petition as a matter of course and can only amend the petition 'with the opposing party's written consent or the court's leave'" and ordered Petitioner to file a motion to amend by April 21, 2026. (ECF No. 14 at 2 (quoting Fed. R. Civ. P. 15(a)(2)).)

As Petitioner has failed to file a motion to amend and has not provided the Court with Respondents' written consent regarding amendment, the operative petition is the pro se petition received by the Court on February 23, 2026 (ECF No. 1).

Accordingly, the Court HEREBY ORDERS that within **FOURTEEN (14) days** Petitioner MAY file a reply to Respondents' response. If no reply is filed, the petition (ECF No. 1) and response are deemed submitted at the expiration of the fourteen days.

IT IS SO ORDERED.

Dated:   **April 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2