# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

RODRIGO MIGUEL HERNANDEZ,

　　　　　Petitioner,

　　v.

MINGA WOFFORD, et al.,

　　　　　Respondents.

Case No. 1:26-cv-01522-JLT-SAB-HC

ORDER FOR SUPPLEMENTAL BRIEFING

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 13, 2026, Petitioner filed a first amended petition ("FAP"). (ECF No. 13.) Given that the FAP was filed more than twenty-one days after Respondents' responsive pleading was filed, the Court found that "Petitioner may not amend the petition as a matter of course and can only amend the petition 'with the opposing party's written consent or the court's leave'" and ordered Petitioner to file a motion to amend by April 21, 2026. (ECF No. 14 at 2 (quoting Fed. R. Civ. P. 15(a)(2)).) As Petitioner had failed to file a motion to amend and had not provided the Court with Respondents' written consent regarding amendment, the Court has found that the operative petition is the pro se petition received by the Court on February 23, 2026. (ECF No. 15.)

A review of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that an immigration judge granted

Petitioner voluntary departure on May 20, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited July 1, 2026). The Court finds that supplemental briefing on the impact of the grant of voluntary departure, if any, on the petition would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

2. Within seven (7) days of the date of service of Respondents' supplemental brief, Petitioner SHALL FILE a response.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge